# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

CHAD SOILEAU, GREG DUHON, ET AL

VERSUS

CITY OF BATON ROUGE

NO. 2019 CW 0531

**OCT 2 8 2019**

---

In Re: City of Baton Rouge, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 677088.

---

**BEFORE: HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

**AHP**
**WIL**

**Higginbotham, J.,** concurs. The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La. 1981) (per curiam) are not met.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT